**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **JUANA PEREZ CAMILO** | **CIVIL ACTION NO. 6:26-CV-2623** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN SOUTH LOUISIANA ICE PROCESSING CENTER ET AL** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE [Doc.9] having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Juana Perez Camilo's petition is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

THUS, DONE AND SIGNED in chambers on this 21st day of October 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE